UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

5:23-cv-112

1st CHOICE HOUSING, INC.,

    Plaintiff,

v.

BULLER RIVER DEVELOPMENT PARTNERS, a North Carolina General Partnership,

    Defendant.

**NOTICE OF REMOVAL**

28 U.S.C. §§ 1441, 1446

Defendant, by and through the undersigned and pursuant to Sections 1441 and 1446 of Title 28 of the U.S. Code, gives notice of the removal of this action to the U.S. District Court for the Western District of North Carolina.

In support, Defendant shows:

1. Plaintiff filed this action, captioned *1st Choice Housing, Inc. v. Buller River Development Partners*, 23-CVS-1569 in the Superior Court of Iredell County (the "Action") on June 14, 2013.

2. Defendant received the complaint and summons in the Action on June 23, 2023.

3. The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332 because the parties are diverse and the amount in controversy exceeds $75,000. Specifically:

a. Plaintiff alleges that it is a "North Carolina corporation with an office and place of business located at 119 Beechnut Lane, Statesville, NC 28625 in Iredell County, North Carolina," (Compl. ¶ 1).

b. The N.C. Secretary of State's website shows that Plaintiff has its principal office in Huntersville, North Carolina. Plaintiff's officers are listed on the N.C. Secretary of State's website as having the same Huntersville, North Carolina, address.

c. Defendant is a partnership and has the citizenship of its individual partners for the purposes of determining the existence, or not, of diversity jurisdiction. *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-96 (1990).

d. Defendant's individual partners include only the following:

　　i. Estero Property Investments, Ltd., the sole owner of which is Vernon Lindsay Jarvis, a New Zealand national who lives in Auckland, New Zealand.

　　ii. PIOTC II, LLC, which is solely owned by Kevin Burrell, who lives in York, South Carolina.

　　iii. C&C Trust, a trust whose sole trustee and beneficiary is Chris Elisa, a New Zealand national who lives in Auckland, New Zealand.

　　iv. Buller River Developments, LLC, a limited liability company owned solely by Estero Property Investments, Ltd., and PIOTC

II, LLC. The ownership information for both those entities is set forth above.

e. None of Defendant's individual partners are citizens or residents of North Carolina.

f. The Complaint seeks alternative relief in the form of either (i) specific performance of a contract that Plaintiff alleges requires Defendant to sell to Plaintiff 15 separate parcels of real estate at the price of $23,750 each ($356,250 total) or (ii) monetary "benefit of the bargain" damages, (Compl. p 2 ¶¶ 1-2).

g. The Complaint does not specify the amount of monetary damages sought, but its claim for specific performance, at least, places more than $75,000 in controversy, as the object of the litigation (the 15 lots worth at least $23,750 each for a total of $356,250) is worth more than $75,000.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1441(a).

5. Defendant has this date filed a Certification of Removal with the Superior Court of Iredell County, notifying same that this action has been removed. Same is attached as an exhibit to this notice.

6. Defendant has attached the documents served on Defendant in the Action through the date of removal, and an index of those documents, as exhibits to this notice.

This 13th day of July, 2023.

Respectfully,



By: <ins>/s/ Bo Caudill</ins>
Bo Caudill
N.C. Bar No. 45104
bocaudill@villmercaudill.com
VILLMER CAUDILL, PLLC
P.O. Box 18186
Charlotte, NC 28218
Tel: 704-216-8120
Fax: 704-705-8191
*Counsel for BR Development Partners*

## CERTIFICATE OF SERVICE

I certify that I have this date served the foregoing Notice of Removal via U.S. Mail to:

J. Brantley Ostwalt, Jr.
316 E. Broad St.
Statesville, NC 28677

Alan G. Carpenter
316 E. Broad St.
Statesville, NC 28677

This 13th day of July, 2023.

/s/ Bo Caudill
Bo Caudill
N.C. Bar No. 45104
*Counsel for BR Development Partners*